**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ALONZO LOVER,**<br><br>**Defendant.** | **Case No. 24-CR-193 (CJN)** |

# JOINT PRETRIAL STATEMENT

Comes Now, the United States of America, by and through its attorneys the United States Attorney for the District of Columbia and undersigned counsel, and Defendant Alonzo Lover, by and through his attorney Kevin Wilson, Esq., respectfully submit this Joint Pretrial Statement, pursuant to the Court's Orders dated October 31, 2025 (ECF No. 75).

## A. STATEMENT OF PLEA OFFER

The United States sent Defendant Lover an initial plea offer via email to Defendant Lover's defense counsel, Mr. Kevin Wilson, on May 14, 2025. In that offer, the Government asked Defendant Lover to plead to: (1) Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year (FIP): 18 U.S.C. § 922(g)(1) - (Count 1); and (2) Assault With Intent to Kill While Armed and Aiding and Abetting (AWIK w/Armed): D.C. Code §§ 22-401, 4502, 1805 - (Count 2). If Defendant Lover pled guilty to Counts 1 and 2, the Government would dismiss Count 3, Possession of Firearm During a Crime of Violence (PFCOV), in violation of D.C. Code § 4504(b), ask the court that the sentences for Counts 1 and 2 run concurrent to one another, allocute at sentencing for a total cap of 180 months' incarceration, and not bring further charges based on the defendant's conduct that

occurred on April 2, 2024. Under the terms of the plea offer, the United States calculated the Defendant's advisory Guidelines range as 168-210 months' imprisonment.

Mr. Wilson countered the Government's offer via email on September 17, 2024, asking if the Government would accept Defendant Lover pleading guilty to one count of Unlawful Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and one count of Assault with Intent to Commit any Felony, Except Murder, in violation of 18 U.S.C. 113 (a)(2). On October 2, 2024, the Government rejected Defendant Lover's counteroffer via email and asked that he accept the Government's initial offer. On October 7, 2025, the Government read its plea offer into the record and Defendant offer allowed the plea to rescind.

**B. JOINT STATEMENT OF THE CASE**

Defendant Alonzo Lover is charged by Indictment with the following offenses: (1) Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1); Assault With Intent to Kill While Armed and Aiding and Abetting (AWIK w/Armed) , in violation of D.C. Code §§ 22-401, 4502, 1805; and (3) Possession of Firearm During a Crime of Violence (PFCOV), in violation of D.C. Code § 4504(b). The charge arises from an alleged assault that occurred on April 2, 2024 in front of 2802 Bruce Place, Southeast, Washington, D.C. 20020. Defendant Lover maintains his innocence as to the charge in the Indictment.

**C. ESTIMATED NUMBER OF TRIAL DAYS**

The parties estimate the trial lasting approximately three days excluding jury selection.

**D. PROPOSED VOIR DIRE QUESTIONS**

The parties' proposed *voir dire* questions are attached as Exhibit One.

**E. PROPOSED JURY INSTRUCTIONS**

The parties' proposed jury instructions are attached as Exhibit Two.

## F. MOTIONS

The following motions have been ruled upon:

- The Government's motion *in limine* re: self-defense, questioning the complainant about pending cases, and to permit DNA testimony as to the recovered firearms and magazine without the Government calling the technician that swabbed the firearms and magazine. (ECF No. 91).
- The Government's motion to introduce evidence pursuant to Rule 404(b) and impeachment pursuant to Rule 609. (ECF No. 92).
- The Government's motion *in limine* re: Federal Rule of Evidence 902 (Authenticity of Footage)

## G. DEFENDANT'S PRIOR CONVICTIONS

If Defendant Lover testifies, the United States intends to use his prior convictions to impeach him, as outlined in its Motion and Notice. (ECF No. 92).

- Assault with a Dangerous Weapon (Gun): October 23, 2015 (D.C. Superior Court in Case No. 2015-CF3-010264). Confinement 3 years.
- Robbery: July 25, 2019 (Montgomery County, MD in Case No. 135082C). Confinement: 15 years imposed/12 years suspended.
- Conspiracy to Commit Robbery: July 9, 2019 (Anne Arundel County, MD in Case No. C-02-CR-19-000128). Confinement 6 years imposed/6 years suspended.

## H. EXHIBIT LIST

The United States' and the Defendant's Exhibit List are attached as Exhibit Three.

## I. VERDICT FORM

The proposed verdict form is attached as Exhibit Four.

## J. WITNESS LIST

The United States' Proposed Witness List is attached as Exhibit Five.

## K. STIPULATIONS

The parties are in communication regarding a number of stipulations, which are still under consideration by the Defendant. The proposed stipulations are attached as Exhibit Six and are subject to revision.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/ Jared English

JARED ENGLISH
CAELAINN CARNEY
Assistant United States Attorneys
D.C. Bar No. 1023926
NY Bar No: 5751672
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-465-0089
Email: Jared.English@usdoj.gov